**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8083**

---

In Re: DOROTHY P. LITZENBERG,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (MISC-94-67)

---

Submitted:  December 14, 1995        Decided:  January 18, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Dorothy P. Litzenberg, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dorothy Litzenberg filed this petition for writ of mandamus, continuing in her efforts to have a federal district court interfere in state-court administrative matters and criminal prosecutions. The district court is without authority to do either. <u>Davis v. Lansing</u>, 851 F.2d 72, 74 (2d Cir. 1988) (lower federal courts cannot compel action by state officials); <u>Gurley v. Superior Court of Mecklenburg County</u>, 411 F.2d 586, 587 (4th Cir. 1969); <u>cf.</u> <u>District of Columbia Court of Appeals v. Feldman</u>, 460 U.S. 462 (1983) (lower federal courts cannot review state court judgments); <u>United States v. Nixon</u>, 418 U.S. 683, 693 (1974) (federal courts cannot compel prosecution except in narrowest circumstances). Therefore, this court cannot order such actions. Therefore, we deny Litzenberg in forma pauperis status and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2